**STRIS & MAHER LLP**
PETER K. STRIS (SBN 216226)
peter.stris@strismaher.com
BRENDAN S. MAHER (SBN 217043)
brendan.maher@strismaher.com
ELIZABETH BRANNEN (SBN 226234)
elizabeth.brannen@strismaher.com
DANA BERKOWITZ (SBN 303094)
dana.berkowitz@strismaher.com
VICTOR O'CONNELL (SBN 288094)
victor.oconnell@strismaher.com
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

SHAUN P. MARTIN (SBN 158480)
smartin@sandiego.edu
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110
T: (619) 260-2347 | F: (619) 260-7933

*Attorneys for Defendants*
Clean & Sober Media LLC, et al.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC,<br><br>      Plaintiff,<br><br>    v.<br><br>CLEAN & SOBER MEDIA LLC, et al.,<br><br>      Defendants. | Case No. 2:18-CV-923 SVW (RAOx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS ALL CAUSES OF ACTION IN COMPLAINT**<br>**[FED. R. CIV. P. 12(b)(6)]**<br><br>Date:      April 16, 2018<br>Time:     1:30 p.m.<br>Location:  Courtroom 10A<br>Judge:    Hon. Stephen V. Wilson |

PLEASE TAKE NOTICE that on April 16, 2018 at 1:30 p.m. or as soon thereafter as the matter may be heard before the Honorable Stephen V. Wilson of the United States District Court for the Central District of California, in Courtroom 10A, located at 350 West 1st Street, 10th Floor, Los Angeles, California 90012, Defendants Clean & Sober Media LLC, Cliffside Malibu, and Richard L. Taite (collectively, "Defendants") will and hereby do respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing this action with prejudice. This Motion is brought on the grounds that Plaintiff has failed to state a claim upon which relief can be granted.

Defendants' Motion is based on this Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities, the concurrently filed Special Motion to Strike (Cal. Code Civ. P. § 425.16); the concurrently filed Request for Judicial Notice with Exhibits A-E; the concurrently filed Declaration of Victor O'Connell; the concurrently filed Declaration of Allison McCabe; the concurrently filed Declaration of Benjamin Seymour with Exhibit F; the pleadings and records on file in this matter; any other matters of which this Court may take judicial notice; and such other evidence and argument as may be presented at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on February 2, 2018. *See* Declaration of Victor O'Connell.

Respectfully submitted,

Dated: February 28, 2018

**STRIS & MAHER LLP**

/s/ Peter K. Stris
Peter K. Stris
Brendan S. Maher
Elizabeth Rogers Brannen
Dana Berkowitz
Victor O'Connell

725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

*Attorneys for Defendants*
Clean & Sober Media LLC, et al.