1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, | Case No. 2:18-CV-923 SVW (RAOx) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS ALL CAUSES OF ACTION IN COMPLAINT** |
| v. | |
| CLEAN & SOBER MEDIA LLC, et al. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Motion to Dismiss All Causes of Action in Plaintiff Grasshopper House, LLC's Complaint, filed by Defendants Clean & Sober Media LLC, Cliffside Malibu, and Richard L. Taite, having come on for hearing before the above-captioned Court;

The Court, having considered the pleadings in this matter, and all arguments and authorities submitted in support of, and in opposition to, said Motion to Dismiss, finds and orders as follows:

**IT IS HEREBY ORDERED** that the Motion to Dismiss All Causes of Action is **GRANTED** in its entirety, and Plaintiff's Complaint is **DISMISSED**.

**IT IS SO ORDERED.**

Dated: _____        By: _____
                                   Hon. Stephen V. Wilson
                                   UNITED STATES DISTRICT COURT JUDGE