1  Jason Levin (161807)
   *jlevin@steptoe.com*
2  Bennett Evan Cooper (128544)
   *bcooper@steptoe.com*
3  **STEPTOE & JOHNSON LLP**
   633 West Fifth Street, Suite 700
4  Los Angeles, California 90071
   Telephone: (213) 439-9400
5  Facsimile: (213) 439-9599

6  Attorneys for Plaintiff
   Grasshopper House, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grasshopper House, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Clean & Sober Media LLC, a California limited liability company; Cliffside Malibu, a California corporation; Richard L. Taite, an individual; and Does 1-10.<br><br>Defendants. | No. 2:18-CV-00923-SVW-RAO<br><br>**DECLARATION OF MICHAEL MCCAULEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE** |

**DECLARATION OF MICHAEL MCCAULEY**

I, Michael McCauley, declare as follows:

1. I am an attorney employed by Steptoe & Johnson LLP, which represents Grasshopper House, LLC in the above-captioned action. I make this declaration in support of Plaintiff's concurrently filed Opposition to Defendants' Motion to Dismiss and Opposition to Defendant's Motion to Strike. I have personal knowledge of the matters set forth below and, if asked, could and would competently testify to them.

2. On March 13, 2018, I accessed the Internet Archive's records of *The Fix* to obtain the "About Reviews" webpage as captured on October 3, 2014, *available at* https://web.archive.org/web/20141003001338/https://www.thefix.com/content/about-reviews. A true and correct copy of the webpage is attached to the concurrently filed Request for Judicial Notice as Exhibit A.

3. On March 21, 2018, I accessed the Internet Archive's records of *The Fix* to obtain the "About Us" webpage as captured on September 8, 2014, *available at* https://web.archive.org/web/20140908001957/https://www.thefix.com/content/about-us. A true and correct copy of the webpage is attached to the concurrently filed Request for Judicial Notice as Exhibit B.

4. On March 14, 2018, I accessed the SurveyMonkey survey that Allison McCabe has declared she provided to Plaintiff on August 24, 2016, *available at* https://www.surveymonkey.com/r/passages-new-tf. *See* McCabe Declaration ¶ 15. A true and correct copy of the survey is attached to the concurrently filed Opposition to Defendants' Motion to Strike as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Phoenix, Arizona on March 26, 2018.

By: _____
Michael McCauley

- 1 -
**DECLARATION OF MICHAEL MCCAULEY**

# PROOF OF SERVICE
F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.2060

I am a resident of, or employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 201 East Washington Street, Suite 1600, Phoenix, Arizona 85004.

On **March 26, 2018,** I served the following listed document(s), by method indicated below, on the parties in this action: **DECLARATION OF MICHAEL MCCAULEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO STRIKE.**

*SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL**
By placing the ☐ original / ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 633 West Fifth Street, Suite 700, Los Angeles, California 90071, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day in the ordinary course of business. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY – Via Federal Express**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents. **Note:** Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ **BY PERSONAL SERVICE**
   ☐ By personally delivering the document(s) listed above to the offices at the addressee(s) as shown on the attached service list.
   ☐ By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally delivery the envelope(s) to the offices at the address(es) set forth on the attached service list. The signed proof of service by the registered process server is attached.

☐ **BY ELECTRONIC SERVICE via electronic filing service provider LexisNexis**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com, from the email address pmattar@steptoe.com. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☒ **BY EMAIL**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error. Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☒ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson, LLP in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

I declare under penalty of perjury under the laws of the State of California and the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on March 26, 2018, at Phoenix, Arizona.

Paulette Mattar
Name

Signature

-1-

**SERVICE LIST**

*Grasshopper House, LLC v. Clean & Sober Media LLC, et al.*
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:18-CV-00923 SVW (RAO)

Peter K. Striss
Brendan S. Maher
Elizabeth Brannen
Dana Berkowitz
Victor O'Connell
STRIS & MAHER LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 261-0299
Peter.stris@strismaher.com
Brendan.maher@strismaher.com
Elizabeth.brannen@strismaher.com
Dana.berkowitz@strismaher.com
Victor.oconnel@strismaher.com

Shaun P. Martin
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Facsimile: (619) 260-7933
smartin@sandiego.edu

Attorneys for Defendants
Clean & Sober Media LLC, et al.