UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:18-cv-00923-SVW-RAO | Date | April 23, 2018 |
|---|---|---|---|
| Title | Grasshopper House, LLC v. Clean and Sober Media LLC et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | Deborah Gackle | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Jason Levin | Peter K. Stris<br>Victor A. O'Connell<br>John Stokes | |

**Proceedings:**     [11] MOTION to Dismiss Case filed by Defendants
         [12] MOTION to Strike Plaintiff's State Law Claims (Second, Third, and
         Fourth Claims for Relief) Complaint  filed by Defendants


         Hearing held.  The complaint is dismissed.  Plaintiff is granted leave to amend.  Order to issue.

|  | : | 42 |
|---|---|---|
| | Initials of Preparer | PMC |