**STRIS & MAHER LLP**
PETER K. STRIS (SBN 216226)
peter.stris@strismaher.com
BRENDAN S. MAHER (SBN 217043)
brendan.maher@strismaher.com
ELIZABETH BRANNEN (SBN 226234)
elizabeth.brannen@strismaher.com
DANA BERKOWITZ (SBN 303094)
dana.berkowitz@strismaher.com
VICTOR O'CONNELL (SBN 288094)
victor.oconnell@strismaher.com
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
T: (213) 995-6800 | F: (213) 261-0299

SHAUN P. MARTIN (SBN 158480)
smartin@sandiego.edu
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110
T: (619) 260-2347 | F: (619) 260-7933

*Attorneys for Defendants*
Clean & Sober Media LLC, et al.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, | Case No. 2:18-CV-923 SVW (RAOx) |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS ALL CAUSES OF ACTION IN FIRST AMENDED COMPLAINT** |
| v. | **[FED. R. CIV. P. 12(b)(6)]** |
| CLEAN & SOBER MEDIA LLC, et al., | Date:      July 2, 2018 |
| Defendants. | Time:      1:30 p.m. |
| | Location:  Courtroom 10A |
| | Judge:     Hon. Stephen V. Wilson |

1    PLEASE TAKE NOTICE that on July 2, 2018 at 1:30 p.m. or as soon thereafter

2  as the matter may be heard before the Honorable Stephen V. Wilson of the United States

3  District Court for the Central District of California, in Courtroom 10A, located at 350

4  West 1st Street, 10th Floor, Los Angeles, California 90012, Defendants Clean & Sober

5  Media LLC, Cliffside Malibu, and Richard L. Taite (collectively, "Defendants") will

6  and hereby do respectfully move this Court, pursuant to Federal Rule of Civil

7  Procedure 12(b)(6), for an order dismissing this action with prejudice. This Motion is

8  brought on the grounds that Plaintiff has failed to state a claim upon which relief can

9  be granted.

10    Defendants' Motion is based on this Notice of Motion and Motion to Dismiss,

11  the supporting Memorandum of Points and Authorities, the concurrently filed Special

12  Motion to Strike (Cal. Code Civ. P. § 425.16); the concurrently filed Request for

13  Judicial Notice with Exhibits A-D; the concurrently filed Declaration of John Stokes;

14  the concurrently filed Declaration of Allison McCabe; the concurrently filed

15  Declaration of Benjamin Seymour; the pleadings and records on file in this matter; any

16  other matters of which this Court may take judicial notice; and such other evidence and

17  argument as may be presented at the hearing on this Motion.

18    This Motion is made following the conference of counsel pursuant to Local

19  Rule 7-3, which took place on May 23, 2018. *See* Declaration of John Stokes.

20    Respectfully submitted,

21  Dated: May 30, 2018          **STRIS & MAHER LLP**

22                              /s/ Peter K. Stris
                                Peter K. Stris
23                              Brendan S. Maher
                                Elizabeth Rogers Brannen
24                              Dana Berkowitz
                                Victor O'Connell
25                              725 S. Figueroa Street, Suite 1830
26                              Los Angeles, CA 90017
                                T: (213) 995-6800 | F: (213) 261-0299
27                              *Attorneys for Defendants*
                                Clean & Sober Media LLC, et al.
28

DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:18-CV-923 SVW (RAOx)

STRIS | 725 S. FIGUEROA ST, STE 1830
MAHER | LOS ANGELES, CA 90017