1  **STRIS & MAHER LLP**
   PETER K. STRIS (SBN 216226)
2  peter.stris@strismaher.com
   BRENDAN S. MAHER (SBN 217043)
3  brendan.maher@strismaher.com
   ELIZABETH BRANNEN (SBN 226234)
4  elizabeth.brannen@strismaher.com
   DANA BERKOWITZ (SBN 303094)
5  dana.berkowitz@strismaher.com
   VICTOR O'CONNELL (SBN 288094)
6  victor.oconnell@strismaher.com
   725 S. Figueroa Street, Suite 1830
7  Los Angeles, CA 90017
   T: (213) 995-6800 | F: (213) 261-0299
8
   SHAUN P. MARTIN (SBN 158480)
9  smartin@sandiego.edu
   University of San Diego School of Law
10 5998 Alcala Park, Warren Hall
   San Diego, CA 92110
11 T: (619) 260-2347 | F: (619) 260-7933

12 *Attorneys for Defendants*
   Clean & Sober Media LLC, et al.
13

14         **UNITED STATES DISTRICT COURT**

15         **CENTRAL DISTRICT OF CALIFORNIA**

16              **WESTERN DIVISION**

| | |
|---|---|
| 17  GRASSHOPPER HOUSE, LLC, | Case No. 2:18-CV-923 SVW (RAOx) |
| 18            Plaintiff, | **DEFENDANTS' NOTICE OF MOTION AND RENEWED SPECIAL MOTION TO STRIKE PLAINTIFF'S SECOND, THIRD, AND FOURTH CLAIMS FOR RELIEF AS STRATEGIC LAWSUITS AGAINST PUBLIC PARTICIPATION [CAL. CIV. PROC. CODE § 425.16]** |
| 19       v. | |
| 20  CLEAN & SOBER MEDIA LLC, et al., | |
| 21            Defendants. | |
| 22 | |
| 23 | Date:      July 2, 2018 |
|    | Time:      1:30 p.m. |
| 24 | Location:  Courtroom 10A |
|    | Judge:     Hon. Stephen V. Wilson |

1  PLEASE TAKE NOTICE that on July 2, 2018 at 1:30 p.m. or as soon thereafter
2  as the matter may be heard before the Honorable Stephen V. Wilson of the United States
3  District Court for the Central District of California, in Courtroom 10A, located at 350
4  West 1st Street, 10th Floor, Los Angeles, California 90012, Defendants Clean & Sober
5  Media LLC, Cliffside Malibu, and Richard L. Taite (collectively, "Defendants") will
6  and hereby do respectfully move this Court, pursuant to California Code of Civil
7  Procedure Section 425.16, for an order striking the Second, Third, and Fourth Claims
8  for Relief in the First Amended Complaint. This Motion is based on the grounds that
9  these claims impinge on Defendants' rights of petition and free speech under the United
10 States and California Constitutions, and are therefore subject to a special motion to
11 strike. Pursuant to California Code of Civil Procedure Section 425.16(c), Defendants
12 also seek recovery of their attorney's fees.

13  Defendants' Motion is based on this Notice of Motion and Renewed Special
14 Motion to Strike, the supporting Memorandum of Points and Authorities, the
15 concurrently filed Motion to Dismiss (Fed. R. Civ. P. 12(b)(6)); the concurrently filed
16 Request for Judicial Notice with Exhibits A-D; the concurrently filed Declaration of
17 John Stokes with Exhibit 1; the concurrently filed Declaration of Allison McCabe; the
18 concurrently filed Declaration of Benjamin Seymour with Exhibit E; the pleadings and
19 records on file in this matter; any other matters of which this Court may take judicial
20 notice; and such other evidence and argument as may be presented at the hearing on
21 this Motion.

22  This Motion is made following the conference of counsel pursuant to Local
23 Rule 7-3, which took place on May 23, 2018. *See* Declaration of John Stokes.

Respectfully submitted,

Dated: May 30, 2018   **STRIS & MAHER LLP**

/s/ Peter K. Stris
Peter K. Stris
Brendan S. Maher
Elizabeth Rogers Brannen
Dana Berkowitz

1

DEFENDANTS' RENEWED SPECIAL MOTION TO STRIKE
CASE NO. 2:18-CV-923 SVW (RAOx)

| | |
|---|---|
| 1 | Victor O'Connell |
| 2 | 725 S. Figueroa Street, Suite 1830<br>Los Angeles, CA 90017 |
| 3 | T: (213) 995-6800 \| F: (213) 261-0299 |
| 4 | *Attorneys for Defendants*<br>Clean & Sober Media LLC, et al. |

2

DEFENDANTS' RENEWED SPECIAL MOTION TO STRIKE
CASE NO. 2:18-CV-923 SVW (RAOx)