Jason Levin (161807)
jlevin@steptoe.com
Bennett Evan Cooper (128544)
bcooper@steptoe.com
**STEPTOE & JOHNSON** LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Plaintiff
Grasshopper House, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CLEAN & SOBER MEDIA LLC, et al.<br><br>    Defendants.<br>CLIFFSIDE MALIBU, et al.<br><br>    Counterclaim Plaintiff,<br><br>v.<br><br>GRASSHOPPER HOUSE, LLC, et al.<br><br>    Counterclaim Defendants. | Case No. 2:18-CV-923 SVW (RAOx)<br><br>**DECLARATION OF SALLY SATEL, M.D.** |

**DECLARATION OF SALLY SATEL, M.D.**

I, Sally Satel, M.D., declare as follows:

1. The Counterclaim-Defendants have asked me to comment upon whether substance addiction can be "cured." My qualifications for conducting this analysis are set forth in my curriculum vitae, attached as **Exhibit "A."**

3. Attached as **Exhibit "B"** is my analysis of whether substance addiction can be cured. My analysis expresses my opinions to a reasonable degree of scientific

and medical probability, and also sets forth the bases for and reasoning behind my opinions.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed August 17, 2018.

_____
Sally Satel, M.D.

---

**DECLARATION OF SALLY SATEL, M.D**

- 2 -

EXHIBIT A

# CURRICULUM VITAE

**Name:** Sally L. Satel, M.D.

**Born:** January 9, 1956, New York City, New York

**Education:** BS, Cornell University, 1977
MS, University of Chicago, 1980
MD, Brown University, 1984

**Career:** 1984-85: Intern, Flexible Internship, Hospital of St. Raphael, Yale University School of Medicine, New Haven, CT
1985-88: Resident in Psychiatry, Yale University School of Medicine, New Haven, CT
1988-93: Staff psychiatrist, West Haven VA Medical Center, Yale University School of Medicine, New Haven, CT
1993-94: Robert Wood Johnson Health Policy Fellowship, U.S. Senate Labor and Human Resources Committee, Washington, DC
1995-96: Consultant to the U.S. Senate Special Committee on Aging, Washington, DC
1995-96: Staff Psychiatrist, District of Columbia Superior Court Pretrial Program, Washington, DC
1994-96: Visiting Research Scientist, University of Pennsylvania School of Medicine, Philadelphia, PA
1988-95: Assistant Professor of Psychiatry, Yale University School of Medicine (Member medical school admissions committee, 1990-1993), New Haven, CT
1996-97: Professional Staff, U.S. Senate Veterans' Affairs Committee, Washington, DC
1995-Present: Lecturer, Yale University School of Medicine, New Haven, CT
1997-2009: Staff Psychiatrist, Oasis Clinic, Washington, DC
2010 to Present: Psychiatric consultant PIDARC (Partners in Drug Abuse Rehab and Counseling)
2000-Present: Resident Scholar, American Enterprise Institute, Washington, DC
2002-Present: W.H. Brady Fellow, American Enterprise Institute, Washington, DC

**Board Certification:** Board of Psychiatry and Neurology, 1997

**Professional Honors or Recognition:**
1988 Laughlin Fellowship (American College of Psychiatrists) for outstanding resident
1993-94 Robert Wood Johnson Health Policy Fellowship

**Grant History for last 12 years:**
1999-2000 Robert Wood Johnson Foundation President's Grant

**Professional Service:**
| | |
|---|---|
| 1996-2003 | Member, Editorial Board, Psychiatric Services |
| 2002-2006 | Member, Advisory Council, Center for Mental Health Services |
| 2003-2003 | Member, Panel to Review Sexual Misconduct at the United States Air Force Academy (appointed by U.S. Department of Defense) |
| 2018-2021 | Member, National Advisory Council of the Substance Abuse and Mental Health Services Administration |

**Publications for the Past 10 Years:** See attached list.

## List of Publications

### Peer Reviewed Articles

Satel, S. L., & Lilienfeld, S. O. (2017). If addiction is not best conceptualized a brain disease, then what kind of disease is it? *Neuroethics, 10*(1), 19-24.

Satel, S. (2014). Delivering services to individuals with severe mental illness: SAMHSA falls short. *Psychiatric Services, 65*(9): 1160-1161.

Satel, S., & Lilienfeld, S. O. (2014). Addiction and the brain-disease fallacy. *Frontiers in psychiatry*, 4, 141.

Satel, S., & Lilienfeld, S. O. (2010). Singing the brain disease blues. *American Journal of Bioethics Neuroscience, 1*(1):46-54.

Satel, S. (2006). Is caffeine addictive? – A review of the literature. *American Journal of Drug and Alcohol Abuse, 32*(4): 493-502.

Satel, S. (2005). Physician substance abuse. *Journal of the American Medical Association, 294*(4): 426-7; author reply 427.

Satel, S. (2000). Addiction is a choice. *Psychiatric Services, 52*(4): 539-540.

Caulkins, J., & Satel, S. (1999). Methadone patients should not be allowed to persist in cocaine use. *FAS Drug Policy Analysis Bulletin, 6*(January).

Satel, S. L., & Aeschbach, E. (1999). The Swiss heroin trials. Scientifically sound? *Journal of Substance Abuse Treatment, 17*(4):331-5.

Satel, S. L. (1999). What should we expect from drug abusers? *Psychiatric Services, 50*(7):861.

Gelernter, J., Kranzler, H., & Satel, S. L. (1999). No association between D2 dopamine receptor (DRD2) alleles or haplotypes and cocaine dependence or severity of cocaine dependence in European- and African-Americans. *Biological Psychiatry, 45*(3):340-5.

Satel, S. (1997). Drug addicts and disability payments. *FAS Drug Policy Analysis Bulletin, 3*(September).

Satel, S., Reuter, P., Hartley, D., Rosenheck, R., & Mintz, J. (1997). Influence of retroactive disability payments on recipients' compliance with substance abuse treatment. *Psychiatric Services, 48*(6):796-9.

Freimer, M., Kranzler, H., Satel, S., Lacobelle, J., Skipsey, K., Charney, D., & Gelernter, J. (1996). No association between D3 dopamine receptor (DRD3) alleles and cocaine dependence. *Addiction Biology, 1*(3):281-7.

Satel, S. L., Krystal, J. H., Delgado, P. L., Kosten, T. R., & Charney, D. S. (1995). Tryptophan depletion and attenuation of cue-induced craving for cocaine. *American Journal of Psychiatry, 152*(5):778-83.

Gelernter, J., Kranzler, H. R., Satel, S. L., & Rao, P. A. (1994). Genetic association between dopamine transporter protein alleles and cocaine-induced paranoia. *Neuropsychopharmacology, 11*(3):195-200.

Kranzler, H. R. Satel, S., & Apter, A. (1994). Personality disorders and associated features in cocaine-dependent inpatients. *Comprehensive Psychiatry, 35*(5):335-40.

Satel, S. L., Becker, B. R., & Dan, E. (1993). Reducing obstacles to affiliation with alcoholics anonymous among veterans with PTSD and alcoholism. *Hospital and Community Psychiatry*, *44*(11):1061-5.

Satel, S. L., & Glazer, W. M. (1993). Supporting addiction with public funds. *Hospital and Community Psychiatry, 44*(10):913.

Satel, S. L. (1993). The diagnostic limits of "addiction". *Journal of Clinical Psychiatry, 54*(6):237-8.

Satel, S. L., Kosten, T. R., Schuckit, M. A., & Fischman, M. W. (1993). Should protracted withdrawal from drugs by included in the DSM-IV? *American Journal of Psychiatry, 150*(5):695-704.

Satel, S. L., & Swann, A. C. (1993). Extrapyramidal symptoms and cocaine abuse. *American Journal of Psychiatry, 150*(2):347.

Seibly, J. P., Satel, S. L., Anthony, D., Southwick, S. M., Krystal, J. H., & Charney, D. S. (1993). Effects of cocaine on hospital course in schizophrenia. *Journal of Nervous and Mental Disease, 181*(1):31-7.

Satel, S. L., Price, L. H., Palumbo, J. M., McDouble, C. J., Krystal, J. H., Gawin, F., et al. (1991). Clinical phenomenology and neurobiology of cocaine abstinence: a prospective inpatient study. *American Journal of Psychiatry, 148*(12):1712-6.

Satel, S. L., & Edell, W. S. (1991). Cocaine-induced paranoia and psychosis proneness. *American Journal of Psychiatry, 148*(12):1708-11.

Satel, S. L., Seibyl, J. P., & Charney, D. S. (1991). Prolonged cocaine psychosis implies underlying major psychopathy. *Journal of Clinical Psychiatry, 52*(8):349-50.

Satel, S. L., & Seibyl, J. P. (1991). DSM-III-R criteria for cocaine disorders. *American Journal of Psychiatry, 148*(8):1088.

Satel, S. L., & McDougle, C. J. (1991). Obsessions and compulsions associated with cocaine abuse. *American Journal of Psychiatry, 148*(7):947.

Satel, S. L., Southwick, S. M., & Gawin, F. H. (1991). Clinical features of cocaine-induced paranoia. *American Journal of Psychiatry, 148*(4):495-8.

Satel, S. L, & Kosten, T. R. (1991). Designing drug efficacy trials in the treatment of cocaine abuse. *Journal of Nervous and Mental Disease, 179*(2):89-96.

Satel, S. L., Southwick, S. M., & Gawin, F. H. (1990). Clinical features of cocaine induced paranoia. *NIDA Research Monographs, 105*:371.

Southwick, S. M., & Satel, S. L. (1990). Exploring the meanings of substance abuse: an important dimension of early work with borderline patients. *American Journal of Psychotherapy, 44*(1):61-7

Satel, S. L., & Nelson, J. C. (1989). Stimulants in the treatment of depression: a critical overview. *Journal of Clinical Psychiatry, 50*(7):241-9.

Satel, S. L., & Gawin, F. H. (1989). Migrainelike headache and cocaine use. *Journal of the American Medical Association, 261*(20):2995-6.

Satel, S. L., & Gawin, F. H. (1989). Seasonal cocaine abuse. *American Journal of Psychiatry, 146*(4):534-5.

## Books

Lilienfeld, S. O., & Satel, S. (2013). *Brainwashed: The seductive appeal of mindless neuroscience*. New York, NY: Basic Books.

Satel, S. (2001). *PC, M.D. How political correctness is corrupting medicine.* New York, NY: Basic Books.

## Book Chapters

### SADOK

Satel, S. (2007). In praise of stigma. In Henningfield, J. E., Santora, P. B., & W. K. Bickel (Eds.), Addiction treatment: science and policy for the twenty-first century. Baltimore, MD: Johns Hopkins University Press.

Satel, S. (2002). Is drug addiction a brain disease? In Musto, D. F. (Ed.). One hundred years of heroin. Westport, CT: Auburn House.

Satel, S., & Farabee, D. J. (2004) The role of coercion in drug treatment. In Lowinson, J. H., Ruiz, P., Millman, R. B., & Langrod, J. G. (Eds.). Substance abuse: A comprehensive textbook (4th ed.). Philadelphia, PA: Lippincott Williams & Wilkins.

Satel, S. (2000). The role of coercion in treating and curing addictions. In Furton, E. J., & Dort, V. M. (Eds.). Addiction and compulsive behaviors: Proceedings of the seventh workshop for bishops. Philadelphia, PA: National Catholic Bioethics Center.

## Monographs

Satel, S. (1998) <u>Drug Treatment: The Case for Coercion.</u> Washington, DC: AEI Press

Satel, S., & Goodwin, F. K. (1998) Is drug addiction a brain disease? Washington, DC: Ethics and Public Policy Center.

## Testimony

Satel, S. (2013, May 22). *Examining SAMHSA's role in delivering services to the severely mentally ill.*

Testimony before House Committee on Energy and Commerce's Subcommittee on Oversight and Investigations.

## Popular Articles

Lilienfeld, S.O. & Satel, S. (2013, September 16). Neuro-backlash? What backlash? *Rationally Speaking.*

Satel, S. (2013, June 20). 50 shades of grey matter. *The Chronicle of Higher Education's The Conversation.*

Lopez, K.J., Interview with S. Satel. (2013, June 5). Who's brainwashed? Progress and hype in the world of neuroscience. *National Review Online.*

Satel, S. (2013, May 11). Why the fuss over the D.S.M.-5? *New York Times*.

Satel, S. (2013, January 17). Enforce the laws, don't add to them. *New York Times*.

Satel, S. (2012, March 2). This is your brain on drugs. *Wall Street Journal*.

Satel, S. (2010, October 19). Drugs and money. *The New Republic*.

Satel, S. (2010, March 15). Addiction and freedom. *The New Republic*

Satel, S. (2010, February 19). Prescriptions for psychiatric trouble. *Wall Street Journal.*

Satel, S. (2009, April 20). To fight stigmas, start with treatment. *New York Times.*

Satel, S. (2009, January 15). Dopamine made me do it. *Forbes.*

Satel, S. (2008, September 2). Addiction doesn't discriminate? Wrong. *New York Times.*

Satel, S. (2007, July 25). Addiction isn't a brain disease, Congress. *Slate.*

Satel, S. (2007, July 12). Guns and needles. *New York Times.*

Satel, S. (2007, July 10). The human factor. *American.com*

Satel, S. (2007, June 12). "Been there?" Sometimes that isn't the point. *New York Times.*

Satel, S. (2007, May 28). Sane mental health laws? Don't hold your breath. Federal "advocates" are standing in the way of reform. *Weekly Standard.*

Satel, S. (2007, May 15). Oxy morons. *Wall Street Journal.*

Satel, S. (2007, April 3). One harsh prescription: A doctor vs. cyber humanitarianism. *National Review Online.*

Satel, S. (2006, December 19). Sometimes, the Why Really Isn't Crucial. *New York Times.*

Satel, S. (2006, August 15). For addicts, firm hand can be the best medicine. *New York Times.*

Humphrey, K., & Satel, S. (2006, August 11). Think Before You Drink: Talking under the influence? They're still your words. *National Review Online.*

Satel, S. (2006, February 14). A pill to treat your addiction? Don't bet the rent. *New York Times.*

Satel, S. (2005, November 4). Much ado about meth? *Tech Central Station.*

Satel, S. (2005, September 27). Prescription: Flexibility. *National Review.*

Satel, S. (2005, August 22). Where's the choice? *National Review.*

Satel, S. (2005, August 16). A whiff of 'reefer madness' in U.S. drug policy. *New York Times.*

Satel, S. (2005, June 10). Marijuana as RX is a worthy goal. *The Seattle Post-Intelligencer,* pp. B7.

Satel, S. (2005, June 8). Good to grow. *New York Times.*

Satel, S. (2005, February 25). Should our TV programs be "quick-acting" or "long-lasting"? *Advertising Age*, pp. 28.

Satel, S. (2004, October 19). Doctors behind bars: Treating pain is now risky business. *New York Times.*

Satel, S. (2004, September 10). Drugged and confused. *Wall Street Journal.*

Satel, S. (2004, May 7). Where there's smoke. *Wall Street Journal.*

Satel, S. (2004, April 20). Do less harm? Use of an alternative smokeless tobacco should be encouraged to reduce the damage of nicotine addiction. *Pittsburgh Post-Gazette,* pp. F5.

Satel, S. (2004, April 6). A smokeless alternative to quitting. *New York Times.*

Satel, S. (2003, November 4). The worst place for them. *Plain Dealer*, S11.

Satel, S. (2003, October 26). OxyContin half-truths can cause suffering. *USA Today.*

Satel, S. (2003, March 11). Fast food 'addiction' feeds only lawyers. *USA Today.*

Satel, S. (2003, February 3). OxyMorons. *Tech Central Station.*

Satel, S. (2001, December 7). The sorry CSAP flap: It's worse than it looks. *Tech Central Station.*

Satel, S. (2001, August 11). Keeping OxyContin out of the wrong hands. *Boston Globe.*

Satel. S. (2001, April 27). Drugs: A decision, not a disease. *Wall Street Journal.*

Satel, S. (2000, July 14). Learning to say 'I've had enough.' *New York Times.*

Satel, S. (1999). The fallacies of no-fault addiction. *Public Interest, 134*(Winter):52-67.

Satel, S. (1998, October 12). Bookshelf: A battle plan for the drug war. *Wall Street Journal.*

Satel, S. (1998, August 18). The war on drugs. *Slate.*

Satel, S. (1998, August 5). Bookshelf: Addicted to abolition. *Wall Street Journal.*

Satel, S. (1998, Summer). Do drug courts really work? *City Journal.*

Satel, S. (1998, July 22). Methadone works, usually. *New York Times*, pp. A19.

Satel, S. (1998, July 20). Can this stick win the drug war? *New York Post*, pp. 21.

Satel, S. (1998, June 13). Battle of the drug warriors. *Globe and Mail*, pp. D9.

Satel, S. (1998, June 8). Opiates for the masses. *Wall Street Journal.*

Satel, S. (1998, April 4). Don't forget the addict's role in addiction. *New York Times.*

Satel, S. (1998, January 6). For addicts, force is the best medicine. *Wall Street Journal.*

Satel, S. (1997, November 17). Letters to the editor: Those who really need marijuana. *Wall Street Journal.*

Satel, S. (1997, October 30). Medical marijuana: Research, don't legalize. *Wall Street Journal*, pp. A22.

Satel, S. (1996, September 26). Is your kid on drugs? The FDA makes it hard to know. *Wall Street Journal.*

Satel, S. (1996, July 16). Where there's smoke, there's ire. *Wall Street Journal.*

Satel, S. (1995, Summer). Yes, drug treatment can work. *City Journal.*

Satel, S. (1995, July 17). The wrong fix. *Wall Street Journal.*

EXHIBIT B

Expert Opinion in the matter of Counterclaim defendants Grasshopper House, Chris Prentiss, and Pax Prentiss

Sally Satel MD

August 17, 2018

I. I have been asked to comment upon whether substance addiction can be "cured."

II. I am a psychiatrist who has treated addicted individuals for over 25 years. I completed medical school in 1984 at the Alpert School of Medicine at Brown University, and in 1988 I graduated from residency in psychiatry at Yale University School of Medicine. I remained on the Yale faculty until 1993 treating people with addictions (with and without concurrent mental illnesses). In 1995, after a 12-month Robert Wood Johnson Health Policy Fellowship, I resumed clinical work, mainly in methadone clinics, part time. My current clinical job is at Partners in Drug Abuse Rehabilitation and Counseling in Washington, D.C.  I worked for almost a year in the District of Columbia Drug Court during 1995 and from 2016 until present have also worked part time hours in the Urgent Care Clinic in the D.C. municipal courthouse.  I have published numerous academic papers on addiction and dozens of articles in the popular press. I am also a lecturer at Yale University School of Medicine. This spring I was appointed to the National Advisory Council of the Substance Abuse and Mental Health Services Administration of the U.S. Department of Health and Human Services. A separate document listing my publications is attached.

III. It is my professional opinion that addicted individuals (i.e., those who feel a compulsion to use a substance, act on that compulsion, have difficulty quitting, and whose lives have been adversely affected as a consequence of excessive use) can be "cured." I deem a person cured if

1

she *no longer consumes* a problem-causing substance for the foreseeable future. The logical justification for considering abstention a "cure" is tied to fact that consuming a substance is the root of the problem that prompted the addict to solicit treatment in the first place. To be sure, being "cured" does not preclude the fact that the former addict might still think about the substance, desire it, or dream about it. The key is consumption and if she does not consume, she can be considered "cured." In sum, if one does not *behave* like an addict (that is, engaging in excessive, harmful use of a substance), then one is no longer an addict in any clinical or ordinary sense of the word.

IV. Several lines of evidence support my opinion.

The first is anecdotal experience. In my own clinical work, for example, I have treated patients who were addicted to heroin and cocaine and who quit. Case-by-case evidence of addicts' capacity to be "cured," either on their own or through treatment, also comes from scores of compelling addiction memoirs and testimonials. The following authors and celebrities quit using drugs or drinking altogether or ceased using in a manner that posed risks to themselves or those around them: Russell Brand,[1] Anthony Bourdain,[2] Drew Barrymore,[3] William S. Burroughs,[4] Caroline Knapp,[5] Leslie Jamison,[6] Pete Hammill,[7] Bill Clegg,[8] Mary Karr,[9] Jim Carroll,[10] Jerry Stahl,[11] David Carr,[12] and dozens of others.

Also consider the story of American soldiers in Vietnam. In 1970, high-grade heroin and opium flooded Southeast Asia. Military physicians in Vietnam estimated that between 10 percent and 25 percent of enlisted army men were addicted to narcotics. Deaths from overdosing soared. In May 1971 the crisis exploded on the front page of *The New York Times*: "G.I. Heroin Addiction Epidemic in Vietnam." Spurred by fears that newly discharged veterans would ignite an outbreak of heroin use in American cities, President Richard Nixon commanded the military to

2

begin drug testing. In June the White House announced that no soldier would be allowed to board the plane home unless he passed a urine test. Those who failed could go to an army-sponsored detoxification program before they were re-tested. The plan worked. Most GIs stopped using narcotics as word of the new directive spread and the vast majority who were detained for detox produced clean samples when given a second chance. More startlingly, only 12 percent of soldiers who were dependent on opiate narcotics in Vietnam became re-addicted to heroin at some point in the three years after their return to the states.

Large-scale epidemiological analysis provides evidence for the fact that addicted individuals are able to experience a cure, as defined by open-ended cessation of substance use, with or without care. In fact, recovery without treatment is the more common route. In her 2010 paper, "Why is Natural Recovery so Common,"[13] Wendy S. Slutske of the University of Missouri, writes that "Recovery is more common for addictive than for other mental disorders. … These high rates of recovery coupled with low rates of treatment-seeking suggest that natural recovery, or self-change, is especially common for substance use disorders." In a 2017 study, John Kelly at Harvard University and colleagues used the National Recovery Survey on a large sample of over 20,000 Americans to present the question "did you used to have a problem with alcohol or other drugs but no longer do?"[14] Of the entire sample, 9.1 percent answered yes. This was equivalent to 22.35 million individuals and 46 percent defined themselves as "in recovery."

That quitting is the rule, not the exception, is also demonstrated by the Epidemiological Catchment Area Study, done in the early 1980s, which surveyed 19,000 people. Among those who had become dependent on drugs by age 24, more than half later reported not a single drug-related symptom. By age 37 roughly 75% reported no drug symptom. The National Comorbidity Survey, conducted between 1990 and 1992 and again between 2001 and 2002, and the National

3

Epidemiologic Survey on Alcohol and Related Conditions, done between 2001 and 2002 with more than 43,000 subjects, found that 77 and 86% of people who said they had once been addicted to drugs or alcohol reported no substance problems during the year before the survey.[15] By comparison, people who were addicted within the year before the survey were more likely to have concurrent psychiatric disorders. Additionally, estimates that relapse rates of treated drug-addicted patients run from 40 to 60%.[16] In other words, people who relapse over and over are not representative of the universe of addicts. Yet, such patients often make the biggest impressions on clinicians and shape their views of addiction, if only because clinicians are especially likely to encounter them.

In conclusion, these studies and observations contradict the claim that there is no such thing as addicts who are cured. The plaintiffs claim that "[w]ithin the reputable treatment community, it is *undisputed* that no cure for addiction exists." (P. 26, ¶ 47.), but within the scientific literature and in the clinical realm, it is an undisputed fact that addicts can be cured.

[1] Brand, R. (2017). *Recovery: Freedom from our addictions.* London: Bluebird.
[2] Bourdain, A. (2000). *Kitchen confidential: adventures in the culinary underbelly*. New York, NY: Bloomsbury.
[3] Barrymore, D. (1991). *Little girl lost.* New York, NY: Pocket Books.
[4] Burroughs, W. S. (1977). *Junky.* New York, NY: Penguin Books.
[5] Knapp, C. (1997). *Drinking: a love story*. New York, NY: Dell Publishing.
[6] Jamison, L. (2018). *The recovering: intoxication and its aftermath.* New York, NY: Little, Brown and Company.
[7] Hamill, P. (1994*). A drinking life*: a memoir. New York, NY: Back Bay Books / Little, Brown and Company.
[8] Clegg, B. (2010). *Portrait of an addict as a young man: a memoir.* New York, NY: Little, Brown and Company.
[9] Karr, M. (2009). *Lit: a memoir.* New York, NY: Harper Perennial.
[10] Carroll, J. (1995). *The basketball diaries.* New York, NY: Penguin Books.
[11] Stahl, J. (1995). *Permanent midnight: a memoir*. New York, NY: Warner Books.
[12] Carr, D. (2008). *The night of the gun: a reporter investigates the darkest story of his life, his own.* New York, NY: Simon and Schuster.
[13] Slutske, W. S. (2010). Why is natural recovery so common for addictive disorders? *Addiction*, *105*(9), 1520-1521.
[14] Kelly, J. F., et al. (2017). Prevalence and pathways of recovery from drug and alcohol problems in the United States population: Implications for practice, research, and policy. *Drug and alcohol dependence*, *181*, 162-169.
[15] Heyman, G. M. (2009). *Addiction: A disorder of choice.* Cambridge, MA: Harvard University Press, 67-83.
[16] National Institute on Drug Abuse. (2012). *Principles of drug addiction treatment: A research-based guide (3rd ed.).* National Institute on Drug Abuse, National Institutes of Health.