1  STEPTOE & JOHNSON LLP
   633 West Fifth Street, Suite 700
2  Los Angeles, California 90071
   Phoenix, Arizona 85004-2382
3  Telephone: (602) 257-5200
   Facsimile:  (602) 257-5299
4  jlevin@steptoe.com
   bcooper@steptoe.com
5
   Jason Levin (161807)
6  Bennett Evan Cooper (128544)

7  Attorneys for Counterclaim Defendants
   Grasshopper House, LLC, Passages Silver Strand, LLC,
8  Chris Prentiss, and Pax Prentiss

9
                  UNITED STATES DISTRICT COURT
10
                 CENTRAL DISTRICT OF CALIFORNIA
11

12 | Grasshopper House, LLC,               | Case No. 2:18-CV-923 SVW (RAOx)
   |                                        |
13 |              Plaintiff,                | **[PROPOSED] ORDER GRANTING COUNTERCLAIM DEFENDANTS' MOTION TO DISMISS COUNTERCLAIMS**
   |       v.                               |
14 |                                        |
   | Clean & Sober Media LLC, et al.,       |
15 |                                        |
   |              Defendants.               |
16 |                                        |
17 | Cliffside Malibu, et al.,              |
   |                                        |
18 |              Counterclaim Plaintiffs,  |
   |       v.                               |
19 |                                        |
   | Grasshopper House, LLC, et al.,        |
20 |                                        |
   |              Counterclaim Defendants.  |
21

22

23      **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

24      Counterclaim Defendants' Notice of Motion and Motion to Dismiss

25 Counterclaims, filed by Counterclaim Defendants Grasshopper House, LLC,

26 Passages Silver Strand, LLC, Chris Prentiss, and Pax Prentiss, came on for

27 hearing in this Court. The Court, having considered the pleadings in this matter,

28

and all argument and authorities submitted in support of, and in opposition to, that Motion to Dismiss Counterclaims, finds and orders as follows:

IT IS HEREBY ORDERED that the Motion to Dismiss Counterclaims is **GRANTED** in its entirety, and Counterclaim Plaintiffs' Counterclaims for Damages and Other Relief for Violations are **DISMISSED WITH PREJUDICE.**

IT IS SO ORDERED.

Dated: _____     By: _____

                                                    Hon. Stephen V. Wilson

`

[PROPOSED] ORDER GRANTING MOTION TO DISMISS COUNTERCLAIMS