STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile:  (213) 439-9599

jlevin@steptoe.com
bcooper@steptoe.com

Jason Levin (161807)
Bennett Evan Cooper (128544)

Attorneys for Counterclaim Defendants
Grasshopper House, LLC, Passages Silver Strand, LLC,
Chris Prentiss, and Pax Prentiss

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Grasshopper House, LLC, | Case No. 2:18-CV-00923-SVW-RAO |
|---|---|
| Plaintiff, | |
| v. | **COUNTERCLAIM DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS** |
| Clean & Sober Media LLC, et al., | |
| Defendants. | |
| Cliffside Malibu, et al., | [FED. R. CIV. P. 12(b)(6)] |
| Counterclaim Plaintiffs, | |
| v. | Date: September 24, 2018 |
| Grasshopper House, LLC, et al., | Time: 1:30 p.m. |
| Counterclaim Defendants. | Location: Courtroom 10A |
| | Judge: Hon. Stephen V. Wilson |

Counterclaim Defendants Grasshopper House, LLC, Passages Silver Strand, LLC, Chris Prentiss, and Pax Prentiss respectfully request that the Court take judicial notice under Federal Rule of Evidence 201(b)(1)-(2) of certain documents in support of Counterclaim Defendants' Notice of Motion and Motion to Dismiss Counterclaims:

| | | |
|---|---|---|
| Exhibit A: | The home page of the website titled "Baltimore Health Resource Center," available at https://www.baltimorehealth.org (last visited Aug. 21, 2018). |
| Exhibit B: | The posting titled *Choose an Inpatient Rehab Center That is Just Right for You*, from the website titled "Baltimore Health Resource Center," available at https://www.baltimorehealth.org/choose-an-inpatient-rehab-centre-that-is-just-right-for-you/ (last visited Aug. 21, 2018). |
| Exhibit C: | The home page of the website titled "DenveriJournal," available at https://www.denverijournal.com/ (last visited Aug. 21, 2018). |
| Exhibit D: | The posting titled *Warning signs that a friend or loved one is abusing drugs*, from the website titled "DenveriJournal," available at https://www.denverijournal.com/top-right-news/warning-signs-that-a-friend-or-loved-one-is-abusing-drugs/ (last visited Aug. 21, 2018). |
| Exhibit E: | The home page of the website titled "Drug and Alcohol Addiction Blog," available at https://www.westerncollege.com (last visited Aug. 21, 2018). |
| Exhibit F: | The home page of the website titled "GHC Total Health," available at https://www.ghctotalhealth.org (last visited Aug. 21, 2018). |
| Exhibit G: | The posting titled *Top 5 Luxury Rehab Centers in Malibu, California*, from the website titled "GHC Total Health," available at https://www.ghctotalhealth.org/rehab-review/top-5-luxury-rehab-centers-in-malibu-california/ (last visited Aug. 21, 2018). |

| | | |
|---|---|---|
| Exhibit H: | The posting titled *5 Luxury Rehab Centers in Malibu, California*, from the website titled "GHC Total Health," available at https://www.ghctotalhealth.org/rehab-review/5-luxury-rehab-centers-in-malibu-california/ (last visited Aug. 21, 2018). | |
| Exhibit I: | The posting titled *Drug War: How did we get into this mess?* from the website titled "GHC Total Health," available at https://www.ghctotalhealth.org/uncategorized/drug-war-how-did-we-get-into-this-mess/ (last visited Aug. 21, 2018). | |
| Exhibit J: | The posting titled *Drug Addiction Treatment*, from the website titled "GHC Total Health," available at https://www.ghctotalhealth.org/drug-addiction/drug-addiction-treatment-2/ (last visited Aug. 21, 2018). | |
| Exhibit K: | The home page of the website titled "Discovery Retreats," available at https://www.discoveryretreats.com (last visited Aug. 21, 2018). | |
| Exhibit L: | The posting titled *The War on Drugs: a War on the poor?* from the website titled "Discovery Retreats," available https://www.discoveryretreats.com/the-war-on-drugs-a-war-on-the-poor/ (last visited Aug. 21, 2018). | |
| Exhibit M: | The posting titled *Marijuana Treatment Centers: The Essentials*, from the website titled "Discovery Retreats," available at https://www.discoveryretreats.com/marijuana-treatment-centers-the-essentials/ (last visited Aug. 21, 2018). | |
| Exhibit N: | The posting titled *Passages Malibu Suggest Reaching Out is Key to Recovery*, from the website titled "Discovery Retreats," available at https://www.discoveryretreats.com/passages- | |

malibu-suggest-reaching-out-is-key-to-recovery/ (last visited Aug. 21, 2018).

Exhibit O: The posting titled *Passages Malibu Rehab Center*, from the website titled "Discovery Retreats," available at https://www.discoveryretreats.com/passages-malibu-rehab-center/ (last visited Aug. 21, 2018).

Exhibit P: The Wikipedia article on *Carrington College (US)*, available at https://en.wikipedia.org/wiki/Carrington_College_(US) (last visited Aug. 21, 2018).

A true and correct copy of each of these exhibits is attached to this Request.

The Court may take judicial notice of Exhibits A-O because they are pages from the websites that are identified by, and are the basis for the Counterclaims asserted in, Defendants' Answer to Plaintiff's First Amended Complaint and Counterclaim. (ECF No. 53.) *See, e.g., Tellabs, Inc. v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 322-23 (2007) ("[C]ourts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice."); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) ("Even if a document is not attached to a complaint, it may be incorporated by reference into a complaint if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim."). The Court may take judicial notice of Exhibit P because it relates to the fact of the change of name of a California college that "is generally known within the trial court's territorial jurisdiction." Fed. R. Evid. 201(b)(1).

Judicial notice is appropriate because all of the documents come from sources "whose accuracy cannot reasonably be questioned." Fed. R. Evid.

- 4 -

201(b)(2); *see, e.g., Blue Lake Rancheria v. United States*, No. 08–4206 SC, 2010 WL 144989, at *2 n.4 (N.D. Cal. Jan. 8, 2010) (taking judicial notice of plaintiff's own website and "find[ing] the website, which purports to be maintained by the tribe itself, to be reliable"), *rev'd on other grounds*, 653 F.3d 1112 (9th Cir. 2011); *Erickson v. Neb. Co.*, 2015 WL 4089849, at *1 n.1 (N.D. Cal. July 6, 2015) (taking judicial notice of web pages because their contents are "facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned").

## CONCLUSION

The Court should take judicial notice of Exhibits A-P in granting Counterclaim Defendants' Motion to Dismiss Counterclaims.

DATED: August 22, 2018.

        STEPTOE & JOHNSON LLP

        s/ Jason Levin
        Jason Levin
        Bennett Evan Cooper
        633 West Fifth Street, Suite 700
        Los Angeles, California 90071

        Attorneys for Counterclaim-Defendants Grasshopper House, LLC, Passages Silver Strand, LLC, Chris Prentiss, and Pax Prentiss

# PROOF OF SERVICE
### F.R.C.P. 5 / C.C.P. § 1013a(3)/ Cal. R. Ct. R. 2.2060

I am a resident of, or employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to this action. My business address is: Steptoe & Johnson LLP, 201 East Washington Street, Suite 1600, Phoenix, Arizona 85004.

On **August 22, 2018,** I served the following listed document(s), by method indicated below, on the parties in this action: **COUNTERCLAIM DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS [FED. R. CIV. P. 12(b)(6)].**

*SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL**
By placing the ☐ original / ☐ a true copy thereof enclosed in a sealed envelope(s), with postage fully prepaid, addressed as per the attached service list, for collection and mailing at Steptoe & Johnson LLP, 633 West Fifth Street, Suite 700, Los Angeles, California 90071, following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, the document is deposited with the United States Postal Service on the same day in the ordinary course of business. Under that practice, the document is deposited with the United States Postal Service on the same day as it is collected and processed for mailing in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY – Via Federal Express**
By delivering the document(s) listed above in a sealed envelope(s) or package(s) designated by the express service carrier, with delivery fees paid or provided for, addressed as per the attached service list, to a facility regularly maintained by the express service carrier or to an authorized courier or driver authorized by the express service carrier to receive documents. **Note:** Federal Court requirement: service by overnight delivery was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

☐ **BY PERSONAL SERVICE**
☐ By personally delivering the document(s) listed above to the offices at the addressee(s) as shown on the attached service list.
☐ By placing the document(s) listed above in a sealed envelope(s) and instructing a registered process server to personally delivery the envelope(s) to the offices at the address(es) set forth on the attached service list. The signed proof of service by the registered process server is attached.

☐ **BY ELECTRONIC SERVICE via electronic filing service provider LexisNexis**
By electronically transmitting the document(s) listed above to LexisNexis File and Serve, an electronic filing service provider, at www.fileandserve.lexisnexis.com, from the email address pmattar@steptoe.com. To my knowledge, the transmission was reported as complete and without error. *See* Cal. R. Ct. R. 2.253, 2.255, 2.260.

☒ **BY EMAIL**
By electronically transmitting the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error. Service by email was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☒ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order. *See* Cal. R. Ct. R. 2.260.

☐ **BY FACSIMILE**
By transmitting the document(s) listed above from Steptoe & Johnson, LLP in Los Angeles, California to the facsimile machine telephone number(s) set forth on the attached service list. Service by facsimile transmission was made ☐ pursuant to agreement of the parties, confirmed in writing, or ☐ as an additional method of service as a courtesy to the parties or ☐ pursuant to Court Order.

I declare under penalty of perjury under the laws of the State of California and the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service is made.

Executed on August 22, 2018, at Phoenix, Arizona.

Paulette Mattar                                                            [signature]
Name                                                                       Signature

REQUEST FOR JUDICIAL NOTICE RE
MOTION TO DISMISS COUNTERCLAIMS

12119209

# SERVICE LIST

*Grasshopper House, LLC v. Clean & Sober Media LLC, et al.*
CENTRAL DISTRICT OF CALIFORNIA
Case No. 2:18-CV-00923 SVW (RAO)

Peter K. Striss
Brendan S. Maher
Elizabeth Brannen
Dana Berkowitz
Victor O'Connell
STRIS & MAHER LLP
725 S. Figueroa Street, Suite 1830
Los Angeles, CA 90017
Telephone: (213) 995-6800
Facsimile: (213) 261-0299
Peter.stris@strismaher.com
Brendan.maher@strismaher.com
Elizabeth.brannen@strismaher.com
Dana.berkowitz@strismaher.com
Victor.oconnellServ@strismaher.com

Shaun P. Martin
University of San Diego School of Law
5998 Alcala Park, Warren Hall
San Diego, CA 92110
Telephone: (619) 260-2347
Facsimile: (619) 260-7933
smartin@sandiego.edu

Attorneys for Defendants
Clean & Sober Media LLC, et al.