# Baltimore Health
Health Resource Center

Search...

☰ Menu

Home    Resources ⌄    Areas of Interest ⌄    Health Resources ⌄    Code & Licensing    Clinics & Services    About

## 📰 News



### Choose an Inpatient Rehab Center That is Just Right For You
📅 July 12, 2018

The good news is you have decided that you need help with your addiction. Before…

Read More »

### Review Sites Have Deep Ties to the Rehabs They Promote
📅 November 9, 2017

Source: theverge.com The world is experiencing a dark age once again. However, this times around…

Read More »

## 📅 Events



**John Hopkins Researcher Receives Lasker Award for Important Biomedical Discovery**

Dr. Greg L. Semenza, 60, is the director of vascular…



**Art Therapy May Provide Relief to Traumatized Baltimore War Veterans**

The American Art Therapy Association is holding its 47th Annual…



**Baltimore County Offers Financial Incentives for Working at Northwest Hospital**

LifeBridge Health employees who purchase a home near Northwest Hospital…

## Choose an Inpatient Rehab Center That is Just Right For You
📅 *July 12, 2018*



The good news is you have decided that you need help with your addiction.  Before you make a choice about where you are going to get help and which rehab centre yo
going to go to, you do need Read More …

 Featured    Leave a comment

### Baltimore City Health Commissioner Responds to the Final Report by the President's Commission on Combating Addiction and the Opioid Crisis

 *July 12, 2018*



As both Opioid addiction rates and Opioid-related death rates continue to grow exponentially all through the nation, legislators and government officials are now taking to take preventive measure against the action at state and federal level. Amongst these efforts Read More …

 Opioid   Leave a comment

### Health Care Open Enrollment extended

 January 8, 2018

Flu season in Baltimore has come early this time, and hospitals are overloaded across the country. Which also brings an early reminder of the importance of health cove The Maryland Heath Connection is hosting the Health Care Open Enrollment to Read More …

 Uncategorized   Leave a comment

### Health Officials at Baltimore encourage Parents to follow the ABC's to prevent sleep infant deaths

 January 8, 2018

Health Officials and B'more for Health Babies in Baltimore are partnering together to create an initiative through which they can urge parents and families to follow som practices that will ensure their child's well-being. The practices are formed as Read More …

 Uncategorized   Leave a comment

### U.S Teens who prefer pot and vaping experience a decrease in smoking, drinking and drug abuse, study finds

 January 8, 2018

An annual nationwide survey conducted shows that there has been a decrease in smoking, drinking and drug abuse among teens in US. The survey findings showed that 1 in 3 middle and high schools students have used some kind Read More …

 Substance Abuse   Leave a comment

### Review Sites Have Deep Ties to the Rehabs They Promote

 November 9, 2017

The world is experiencing a dark age once again. However, this times around the darkness envelopes our habitat in the form of drug abuse. What with the increase in the of drugs like opium, we are facing a crisis Read More …

 Drug Abuse, Featured     cliffside malibu, rehab reviews, the verge rehab reviews     Leave a comment

### Medical Marijuana Company Sues the State of Maryland
 September 22, 2016



Medical marijuana in the state of Maryland has hit another snag, but this time, the federal government has nothing to do with it. Instead, one of the companies that expe to receive a license to grow medical marijuana from the Read More …

 Marijuana     Leave a comment

### John Hopkins Researcher Receives Lasker Award for Important Biomedical Discovery
 September 20, 2016



Dr. Greg L. Semenza, 60, is the director of vascular programs at the John Hopkins Institute for Cell Engineering. His discovery of a previously unknown protein – and subsequent research – has earned him the Lasker Basic Medical Research Award Read More …

 Events     john hopkins     Leave a comment

### Baltimore Officials Reach Agreement for Lower-Incoming Housing in Covington Port
 September 16, 2016

8/22/2018                                                  Baltimore Health – Health Resource Center



Baltimore Officials Reach Agreement for Lower-Incoming Housing in Covington Port   On September 14th, six members of the Baltimore City Board of Estimates approve $100 million deal with developers for the Covington Port project. The Covington Port project, Read More …

*Featured*, *Housing*    Leave a comment

### Baltimore City Health Commissioner Successfully Pushes for New FDA "Black Box Warning"

September 15, 2016



Conceding to public pressures, the FDA has volunteered to issue a "black box warning" – the most serious precaution available – against co-prescribing two popular class medication. Under this new advisory, opioids and benzodiazepines are now clearly outlined as Read More …

*Drug Abuse*, *Featured*    Leave a comment

Older posts

**Social Media**                                **Recent News**                                **Links**

EXHIBIT A

8/22/2018                                      Baltimore Health – Health Resource Center

### Resources

- Baltimore City Health Department
- Centers for Disease Control
- Healthcare
- National Institute of Health
- Malibu Luxury Rehab
- Health Promotion and Disease Prevention
- Drug Addiction Treatment
- Drug Addiction Treatment Center:Passages Malibu
- Natural Disaster FEMA
- Luxury Rehab
- National Institute on Alcohol Abuse
- California Luxury Rehab
- The Best Rehab
- The Luxury Rehab
- World's Best Rehab
- Best Rehab California

### Tags

baltimore raven solar power facility bwi airport cliffside malibu crime statistics federal solar power agreement health clinic john hopkins john hopkins university northwest hospital opioid Overeating Anonymous rehab reviews senior tax credit the verge rehab reviews university of maryland

- Choose an Inpatient Rehab Center That is Just Right For You
- Baltimore City Health Commissioner Responds to the Final Report by the President's Commission on Combating Drug Addiction and the Opioid Crisis
- Health Care Open Enrollment extended
- Health Officials at Baltimore encourage Parents to follow the ABC's to prevent sleep infant deaths
- U.S Teens who prefer pot and vaping experience a decrease in smoking, drinking and drug abuse, study finds

Search...         Search

- Home
- Resources
  - Data & Research
  - Grants, Funding & RFP's
- Areas of Interest
  - Animal Protection & Safety
  - Children and Infants
  - Health Disparities Portal
  - Senior Services
  - Emergency Preparedness
  - Healthy Teens and Young Adults
- Health Resources
  - Asthma
  - Cancer
  - Lead Poisoning Prevention
  - Tuberculosis Control Program
  - Smoking Cessation
  - Oral Health Services
- Code & Licensing
- Clinics & Services
- About

Copyright @ 2018 Baltimorehealth.org. This resource website is own and operated by Passages Malibu. All rights reserved.

Proudly powered by WordPress | Education Hub by WEN Themes