# Baltimore Health

Health Resource Center

Search...

☰ Menu

Home    Resources ⌄    Areas of Interest ⌄    Health Resources ⌄    Code & Licensing    Clinics & Services    About

## Choose an Inpatient Rehab Center That is Just Right For You

📅 *July 12, 2018*   👤 *user*



The good news is you have decided that you need help with your addiction.  Before you make a choice about where you are going to get help and which rehab centre you are going to go to, you do need to make sure it is the right centre for your particular addiction.

We are going to look at Inpatient Rehab centers.   This means that you are likely going to stay at the center for a while.  How long will depends on the rehab center and on your individual case and treatment needed.   It would be a good idea for you to learn as much as you can about the various centers and the treatments and approaches that they use towards healing.  This will help you to make the right decision.

### Have the difficult conversation

Make an appointment and talk to the staff at the rehab centre.  This is your life you are talking about, you are free to ask as many questions as you want.  Ask to see the doctor, psychologist and various therapists that will be involved in your healing.  Ask them what is involved.  You may feel terrified and this is normal.  Good medical staff and good therapists will reassure you and make you feel comfortable from the start.  You are embarking on a healing journey. Of course it is not easy but if you feel comfortable with the people who are going to help you, you are already on Step Number One.

## Look at your particular addiction

We used to think only about drug or alcohol addiction but there are many addictions that all require help and healing.  It could be sex addiction, gambling addiction or you may suffer from an eating disorder. Some addictions are more severe than others.  You want to be in the right place, surrounded by people who have your best interest at heart, and who understand you.  Talk to the staff.  You will quickly know if they' get you.'

## How long will you stay in rehab

Ask the rehab centre how long they think you will stay.   This might not be possible to answer, depending on the severity of your addiction, but this particular rehab centre have various programs.  Some rehab centres have set one month, two month or three month programs.  Some want you in and out as soon as possible.  Others want to assess you individually.

## Will you be going through a detox

The answer to this will vary.  If you are a drug addict, possibly.  If you are an alcoholic, possibly.  Sometimes, withdrawals need to be medically managed.  You want to know how your rehab centre is going to handle your withdrawals and what will be involved.

## What about therapy

Any good rehab centre will include intensive therapy.  You need to understand why you have become an addict, deal with the emotional aspects of addiction and learn h stay strong and healthy.  Therapy may be individual and group.  Therapy may include art, music or dance.  Ask the questions so you know what therapies are included ar what they could entail.

## Can you see your parents or your partner

Again, each rehab centre has different rules.  If you feel comfortable with the centre, then you will start to understand why they have rules and what the rules mean.  Sor rehab centres allow weekly visitors.  Some have daily visiting schedules. Others go with a 'hard love' attitude.  A lot of times, this depends on the severity of your addictio what your addiction is.  You will be told when you can have visitors and again, if you feel comfortable with your rehab centre choice, you will understand the visiting restrictions.

## Are they covered by medical aid?

Finances are an issue for most people. If you can afford to pay, don't worry about money . Your health is the most important thing in the world. But if your finances are strapped, then you do want to find a rehab centre that is inclusive and will pay for all, or at least most, of your treatment.  Do not be shy to ask about finances, medical a insurances.

A good rehab centre will spend time with you and assess you.  They will look at the type of addiction you have, how long you have had it for, your age, physical health, m health, family situation and the circumstances that have lead you to seeking rehab.

You are going to have a team of people looking after you.  This will include, but not be limited to, doctors, nurses, counsellors, psychologists, social workers and occupati therapists.  A treatment plan will be devised according to your needs.  Inpatient rehab means your rehab and road to recovery is intense.  You are going to be in rehab t recover, heal, learn and grow, emotionally and physically.

## Online Resources

There are many online resources for finding the right rehab center. SAMHSA is a government department specializing in substance abuse and mental health disorder, lis rehab centers near you. Another important source is Psychology Today, which has a extensive list of mental health professionals throughout the United States. When fin rehab center make sure to see if they have video tour of facility on Youtube or Vimeo. For example, Passages Malibu, a drug addiction treatment center in Malibu, Califor has made all of their videos available online for anyone to view. Researching for the right rehab center takes time and patience. Going through reviews on Yelp helps give picture of the level of services offered. In addition to online resources, consulting with friends and families can also help you decide on the right rehab center.

 Featured

Baltimore City Health Commissioner Responds to the Final Report by the President's Commission on Combating Drug Addiction and the Opioid Crisis

## Leave a Reply

Your email address will not be published. Required fields are marked *

Comment

Name *

Email *

Website

Post Comment

## Social Media

## Resources

Baltimore City Health Department
Centers for Disease Control
Healthcare
National Institute of Health
Malibu Luxury Rehab
Health Promotion and Disease Prevention
Drug Addiction Treatment
Drug Addiction Treatment Center:Passages Malibu
Natural Disaster FEMA
Luxury Rehab
National Institute on Alcohol Abuse
California Luxury Rehab
The Best Rehab
The Luxury Rehab
World's Best Rehab
Best Rehab California

## Recent News

- Choose an Inpatient Rehab Center That is Just Right For You
- Baltimore City Health Commissioner Responds to the Final Report by the President's Commission on Combating Drug Addiction and the Opioid Crisis
- Health Care Open Enrollment extended
- Health Officials at Baltimore encourage Parents to follow the ABC's to prevent sleep infant deaths
- U.S Teens who prefer pot and vaping experience a decrease in smoking, drinking and drug abuse, study finds

Search...   Search

## Links

- Home
- Resources
  - Data & Research
  - Grants, Funding & RFP's
- Areas of Interest
  - Animal Protection & Safety
  - Children and Infants
  - Health Disparities Portal
  - Senior Services
  - Emergency Preparedness
  - Healthy Teens and Young Adults
- Health Resources
  - Asthma
  - Cancer
  - Lead Poisoning Prevention
  - Tuberculosis Control Program
  - Smoking Cessation
  - Oral Health Services
- Code & Licensing
- Clinics & Services
- About

## Tags

baltimore raven solar power facility   bwi airport   cliffside malibu   crime statistics   federal solar power agreement   health clinic   john hopkins   john hopkins university   northwest hospital   opioid   Overeating Anonymous   rehab reviews   senior tax credit   the verge rehab reviews   university of maryland

Copyright @ 2018 Baltimorehealth.org. This resource website is own and operated by Passages Malibu. All rights reserved.

Proudly powered by WordPress | Education Hub by WEN Themes