Wednesday, August 22, 2018    **Latest:** Your Guide to Finding Inpatient Rehab Centers     





DRUG ADDICTION    MARIJUANA ⌄    RESEARCH    WAR ON DRUGS    ABOUT     



**Your Guide to Finding Inpatient Rehab Centers**

🗓 July 10, 2018    💬

**Passages Malibu – Revolutionizing Addiction Treatment**

🗓 March 8, 2017    💬
Comments Off

**Warning signs that a friend or loved one is abusing drugs**

**CVS Agrees to Pay the State of Massachusetts Large Sum for Their Part in the Opioid Epidemic**

🗓 September 14, 2016    💬
Comments Off

Featured    Rehab Reviews

# Top 5 Rehab Centers in California

🗓 February 22, 2018    👤 admin    💬 Comments Off



Mid Left    Opioid

## Naloxone & Baltimore's Fight Against Opioids

September 14, 2016

admin    Comments Off

In an area known as "The Block" in Baltimore, city health workers and volunteers have put up a table next



### Recovering Addicts Give a Voice to the Problem

September 14, 2016

Comments Off



### Is It An Addiction? Or Something Else?

September 14, 2016

Comments Off



### The Medical Community Teams Up With State Government to Curb "Doctor Shopping"

September 14, 2016

Comments Off



Drug Addiction

Mid Right

## E-cig Devices Being Used by Teens to Smoke Substances Other Than Nicotine

September 14, 2016

admin    Comments Off

According to the National Institute of Drug Abuse, the 2015 Monitoring the Future (MTF) analysis of e-cigarette usage suggests some



### A Study Finds that the Lack of Enzyme Leads to Alcohol Dependence

September 14, 2016

Comments Off



### Obama is Commuting Hundreds of Sentences for Nonviolent Drug Offenders

September 14, 2016

Comments Off

### Kratom Has Landed Itself on the Schedule I Controlled Substance List, Alongside Pot, Heroin and Cocaine

September 14, 2016

Comments Off

8/22/2018                                                             https://www.denverijournal.com






Bottom     Research

# Study Finds that the Source of Addiction Craving Stems from the Right Ventral Striatum

 September 14, 2016    admin     Comments Off

A recent study done at the Indiana University School of Medicine and reported by Science Daily found that addiction cravings



### Pure Oxygen Treatments May Help Reduce Opiate Withdrawal
 September 14, 2016      Comments Off



### Heroin Overdoses Spike in Kentucky
 September 14, 2016      Comments Off



### Marijuana Use on the Rise; No Longer Seen As 'Risky' by Most
 September 14, 2016      Comments Off

---

Search

August 2018

Recent News

Your Guide to Finding Inpatient Rehab Centers

Trending

cvs dea doctor shopping kentucky kratom obama pennsylvania

Drug Addiction Resources

California Luxury Rehab

8/22/2018                                                         https://www.denverijournal.com

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

« Jul

Advantages of Going into Rehab Centers

Warning signs that a friend or loved one is abusing drugs

Top 5 Rehab Centers in California

Passages Malibu – Revolutionizing Addiction Treatment

Denver Gov

Drug Abuse

Luxury Rehab Centers

Malibu Luxury Rehab

Marijuana Drug Facts – DEA

National Institute of Health

Psychology Today

Copyright @ 2018. Denverijournal.com is own and operated by Passages Malibu

