# GHC TOTAL HEALTH



## 5 Luxury Rehab Centers in Malibu, California

June 23, 2016 · Leave a comment

An addict looking for a luxurious rehabilitation center to have a grip on his or her addiction is frankly, spoiled for choice. How do you pick one over the other and their prices hover around the same area? Should you look at the poshness of the center, the quality of its services, or its success …

Continue reading →

Rehab Review



## Top 5 Luxury Rehab Centers in Malibu, California

June 4, 2016 · Leave a comment

Malibu is synonymous with sun, sea and rehab centers! So much so, that some residents are objecting to the sheer number that ae springing up in suburban areas. Parking, it seems, is becoming difficult to find in some neighbor hoods. Resident's concerns aside, not all rehab centers are created equal. Of the many rehabs to …

Continue reading →

Rehab Review



## Drug War: How did we get into this mess?

June 21, 2016 · Leave a comment

An NJ.com reporter says big disasters are usually the fault of big governments and that the failure of the War on Drugs was predicted from the outset. Even conservative commentators recognized the dangers inherent in the all-out prohibition – after all, America already had one prohibition experience to look back on. Spot on predictions from …

Continue reading →

Uncategorized



## Drug Addiction Treatment

May 7, 2016 · Leave a comment

Drug addiction is a very complex disease caused by a person's dependence on drugs. The person initially takes the drug voluntarily but after repeated use over a period of time, it becomes more an involuntary thing. The intake becomes compulsive and uncontrollable mainly because of the effect the drugs have on the brain. By interfering …

Continue reading →

Drug Addiction

---

Search

### RECENT POSTS

5 Luxury Rehab Centers in Malibu, California

Drug War: How did we get into this mess?

Top 5 Luxury Rehab Centers in Malibu, California

Drug Addiction Treatment

What You Should Know About Sober Living Homes

### RECENT COMMENTS

### ARCHIVES

June 2016
May 2016
April 2016
March 2016
February 2016
January 2016
December 2015
November 2015
October 2015
September 2015
August 2015

### CATEGORIES

Alcohol Addiction
Cocaine Addiction
Drug Abuse
Drug Addiction
Heroin Addiction
Inpatient Rehab
Marijuana Addiction
Opiate Addiction
Rehab Review
Sober Living
Uncategorized

### RESOURCES



### What You Should Know About Sober Living Homes

April 1, 2016 | Leave a comment

After spending a number of days in rehab,



### Marijuana Addiction Treatment

February 20, 2016 | Leave a comment

Marijuana is the most widely-used drug within the United States. Recently, national debate has been sparked about legalizing Marijuana and hemp products. Similar to alcohol abuse, the legal standing of marijuana does not change the negative effects that it has on users. Many people feel that marijuana is so widely accepted that there must not …

Continue reading →

Marijuana Addiction

### Heroin Addiction Treatment

December 6, 2015 | Leave a comment

Heroin is considered to be both the most addictive and deadly drug in use today. Sometimes called "the queen of all drugs" heroin sows harm and devastation everywhere it goes. A derivative of opium, many addicts first started abusing painkillers



### Opiate Addiction Treatment

March 27, 2016 | Leave a comment

Heath Ledger. Elvis Presley. Chris Penn. Anna Nicole Smith. Prince. These are a handful of celebrities that have died from opiate overdoses. These were hugely successful, class-act names that fell prey to the world of prescription painkiller abuse, leading to their untimely deaths. Opiates are derived from the opium that naturally occurs in poppy plants. …

Continue reading →

Opiate Addiction



### Inpatient Drug Rehab

January 16, 2016 | Leave a comment

The Substance Abuse and Mental Health Services Administration (SAMSHA) conducted a survey in 2009 and discovered that over 23 million people, starting from only 12 years old, needed professional help for substance abuse addiction. That is a staggering amount of people, especially with the problem already exciting for some children before they are even teenagers. …

Continue reading →

Inpatient Rehab



### Drug Addiction Treatment

November 1, 2015 | Leave a comment

Looking for an addiction treatment center? Check out Yelp for reviews rehab centers. For California rehab centers we highly recommend Passages Malibu.

The Verge: Cliffside Malibu Conflict of Interest in Rehab Review Sites