8/22/2018                                    Discovery Retreats – Addiction Treatment Blog



# Discovery Retreats

*Addiction Treatment Blog*                          (https://www.discoveryretreats.com/)

**LATEST POSTS**



(https://www.discoveryretreats.com/luxury-rehab-centers-in-malibu-offer-healthy-activities-to-conquer-addiction/)

## Luxury Rehab Centers in Malibu Offer Healthy Activities to Conquer Addiction (https://www.discoveryretreats.com/luxury-rehab-centers-in-malibu-offer-healthy-activities-to-conquer-addiction/)

**REHAB REVIEWS (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/REHAB-REVIEWS/)** | *Sep 16, 2016*
| *No Comments (https://www.discoveryretreats.com/luxury-rehab-centers-in-malibu-offer-healthy-activities-to-conquer-addiction/#comments)*

At Luxury Rehab Centers in Malibu, addicts can learn how to cope with stress and conquer addiction. By facing your problems and addressing your addiction, beginning treatment at Luxury Rehab Centers in Malibu will get you one step closer to

EXHIBIT K

8/22/2018                                        Discovery Retreats – Addiction Treatment Blog

**READ MORE (HTTPS://WWW.DISCOVERYRETREATS.COM/LUXURY-REHAB-CENTERS-IN-MALIBU-OFFER-HEALTHY-ACTIVITIES-TO-CONQUER-ADDICTION/)**



(https://www.discoveryretreats.com/passages-malibu-suggest-reaching-out-is-key-to-recovery/)

Passages Malibu Suggest Reaching Out is Key to Recovery (https://www.discoveryretreats.com/passages-malibu-suggest-reaching-out-is-key-to-recovery/)

**REHAB REVIEWS (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/REHAB-REVIEWS/)**

| *Sep 16, 2016*

If you're looking for recommendations on drug addiction recovery, check out Passages Malibu Rehab Center. You'll find that drug treatment centers are imperative to the successful recovery process of some addicts. This is because support is essential for recovery. Many



(https://www.discoveryretreats.com/the-war-on-drugs-a-war-on-the-poor/)

The War on Drugs: a War on the poor? (https://www.discoveryretreats.com/the-war-on-drugs-a-war-on-the-poor/)

**WAR ON DRUGS (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/WAR-ON-DRUGS/)**

| *Jun 20, 2016*

When we think of people who are in the drugs business, images of bling, fast girls and faster cars spring to mind. What few people think of, is poor families, scraping a living from the earth with the only cash

EXHIBIT K



(https://www.discoveryretreats.com/passages-malibu-
rehab-center/)



(https://www.discoveryretreats.com/marijuana-
treatment-centers-the-essentials/)

## Passages Malibu Rehab Center
(https://www.discoveryretreats.com/passages
-malibu-rehab-center/)

REHAB REVIEWS
(HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/REHAB-
REVIEWS/)

| May 20, 2016

No better place to save your life or that of your loved ones, other than Passages Malibu. The only rehab around town where they lift their patients up, not tear them down. This positivity helps them to let go of

## MARIJUANA TREATMENT CENTERS: THE ESSENTIALS
(https://www.discoveryretreats.com/marijuan
a-treatment-centers-the-essentials/)

MARIJUANA ADDICTION
(HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/MARIJ
ADDICTION/)

| May 01, 2016

Resources are available and at your fingertips, an inpatient program is widely considered to be the best treatment plan for those who are addicted to marijuana.   What's So Great About an Inpatient Program? An inpatient program allows you to



(https://www.discoveryretreats.com/realizing-an-
opiate-addiction-and-getting-help/)



(https://www.discoveryretreats.com/alcohol-
addiction-how-to-find-help-for-a-serious-disease/)

## REALIZING AN OPIATE ADDICTION AND GETTING HELP
(https://www.discoveryretreats.com/realizing
-an-opiate-addiction-and-getting-help/)

## ALCOHOL ADDICTION – HOW TO FIND HELP FOR A SERIOUS DISEASE
(https://www.discoveryretreats.com/alcohol-

**OPIATE ADDICTION (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/OPIATE-ADDICTION/)**

| Mar 15, 2016

One of the largest growing crises in the United States is opioid and prescription drug abuse. It is estimated that over 2 million people in America abuse these drugs, leading to nearly 19,000 deaths as of the latest study in

addiction-how-to-find-help-for-a-serious-disease/)

**ALCOHOL ADDICTION (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/ALCOHOL ADDICTION/)**

| Feb 21, 2016

Alcohol abuse is one of the largest health issues in America. It is estimated that over 17 million people in the United States suffer from alcohol abuse at some point, and many of them go untreated. So how can you



(https://www.discoveryretreats.com/a-thoughtful-approach-to-chemical-dependency-treatment/)

## A THOUGHTFUL APPROACH TO CHEMICAL DEPENDENCY TREATMENT (https://www.discoveryretreats.com/a-thoughtful-approach-to-chemical-dependency-treatment/)

**CHEMICAL DEPENDENCY (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/CHEMICAL DEPENDENCY/)**

| Jan 12, 2016

Addiction directly stimulates the reward centers of the brain. In effect, it short-circuits natural chemical pathways that have evolved over many millions of years to motivate an organism in its quest to survive, thrive, and pass on its genetic heritage.



(https://www.discoveryretreats.com/how-to-conquer-the-evils-of-opiate-addiction-through-treatment/)

## How to Conquer the Evils of Opiate Addiction through Treatment (https://www.discoveryretreats.com/how-to-conquer-the-evils-of-opiate-addiction-through-treatment/)

**OPIATE ADDICTION (HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/OPIATE ADDICTION/)**

| Dec 27, 2015

Opiates are naturally occurring alkaloids that come from the opium poppy. Examples of opiates are opium, heroin, codeine and morphine. Each of these types of opiates is just as addicting as the others. Contrary to popular belief codeine or morphine

8/22/2018                                    Discovery Retreats – Addiction Treatment Blog



(https://www.discoveryretreats.com/finding-the-best-
non-12-step-recovery-programs/)

### FINDING THE BEST NON-12-STEP RECOVERY PROGRAMS (https://www.discoveryretreats.com/finding-the-best-non-12-step-recovery-programs/)

NON 12 STEP
(HTTPS://WWW.DISCOVERYRETREATS.COM/CATEGORY/NON-
12-STEP/)
| *Nov 20, 2015*

The 12-step program is a model of recovery that relies on peer support and group discussion to help addicts or alcoholics deal with the triggers of their addiction and understand that they are not alone in their fight. But this

‹ OLDER ENTRIES

| type & hit enter to search                                            🔍 |

RECENT POSTS

Luxury Rehab Centers in Malibu Offer Healthy Activities to Conquer Addiction
(https://www.discoveryretreats.com/luxury-rehab-centers-in-malibu-offer-healthy-activities-to-conquer-
addiction/)

Passages Malibu Suggest Reaching Out is Key to Recovery (https://www.discoveryretreats.com/passages-malibu-
suggest-reaching-out-is-key-to-recovery/)

EXHIBIT K

The War on Drugs: a War on the poor? (https://www.discoveryretreats.com/the-war-on-drugs-a-war-on-the-poor/)

Passages Malibu Rehab Center (https://www.discoveryretreats.com/passages-malibu-rehab-center/)

MARIJUANA TREATMENT CENTERS: THE ESSENTIALS (https://www.discoveryretreats.com/marijuana-treatment-centers-the-essentials/)

RECENT COMMENTS

ARCHIVES

September 2016 (https://www.discoveryretreats.com/2016/09/)

June 2016 (https://www.discoveryretreats.com/2016/06/)

May 2016 (https://www.discoveryretreats.com/2016/05/)

March 2016 (https://www.discoveryretreats.com/2016/03/)

February 2016 (https://www.discoveryretreats.com/2016/02/)

January 2016 (https://www.discoveryretreats.com/2016/01/)

December 2015 (https://www.discoveryretreats.com/2015/12/)

November 2015 (https://www.discoveryretreats.com/2015/11/)

October 2015 (https://www.discoveryretreats.com/2015/10/)

September 2015 (https://www.discoveryretreats.com/2015/09/)

August 2015 (https://www.discoveryretreats.com/2015/08/)

July 2015 (https://www.discoveryretreats.com/2015/07/)

CATEGORIES

Alcohol Addiction (https://www.discoveryretreats.com/category/alcohol-addiction/)

Chemical Dependency (https://www.discoveryretreats.com/category/chemical-dependency/)

Heroin Addiction (https://www.discoveryretreats.com/category/heroin-addiction/)

Inpatient Rehab (https://www.discoveryretreats.com/category/inpatient-rehab/)

Marijuana Addiction (https://www.discoveryretreats.com/category/marijuana-addiction/)

Non 12 Step (https://www.discoveryretreats.com/category/non-12-step/)

Opiate Addiction (https://www.discoveryretreats.com/category/opiate-addiction/)

EXHIBIT K

Rehab Reviews (https://www.discoveryretreats.com/category/rehab-reviews/)

Sober Living (https://www.discoveryretreats.com/category/sober-living/)

War on Drugs (https://www.discoveryretreats.com/category/war-on-drugs/)

NEWS

The Verge: Rehab Review Websites and Cliffside Malibu (https://www.theverge.com/2017/11/3/16601668/rehab-center-review-sites-top-rated-bias-rehabreviews-thefix)

Discoveryretreats.com is own and operated by Passages Malibu.

POWERED BY BLOGIM WORDPRESS THEME (HTTPS://INDIGOTHEMES.COM/PRODUCTS/FREE-RESPONSIVE-WORDPRESS-BLOG-THEME-BLOGIM/)