

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Grasshopper House, LLC,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Clean & Sober Media LLC, et al.,<br><br>　　　　Defendants.<br><br>―――――――――――――――――<br>Cliffside Malibu, et al.,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　　　v.<br><br>Grasshopper House, LLC, et al.,<br><br>　　　　Counterclaim Defendants. | Case No. 18-CV-923-SVW (RAOx)<br><br>SPECIAL VERDICT FORM<br><br>**REDACTED** |

　　　We, the Jury, in the above-entitled case, answer the questions submitted to us as follows:

1. Regarding Passages' claim that The Fix falsely advertised that the review of Passages on The Fix's website was based on surveys from former clients at Passages, the jury finds in favor of:

    Check one:        Plaintiff ✓        Defendant ___

If your verdict is for Plaintiff, please proceed to Question 2. If your verdict is for Defendant, please proceed to Question 3.

2. The jury finds the following defendant(s) liable :

    Check all that apply:    Clean & Sober Media LLC ✓
                                 Richard Taite ✓
                                 Cliffside Malibu ✓

3. Regarding Passages' claim that The Fix falsely advertised that the review of Passages on The Fix's website was conducted according to the process for reviewing treatment centers as set forth in the Process Statement on The Fix's website, the jury finds in favor of:

    Check one:        Plaintiff ✓        Defendant ___

If your verdict is for Plaintiff, please proceed to Question 4. If your verdict is for Defendant, please proceed to Question 5.

4. The jury finds the following defendant(s) liable :

    Check all that apply:    Clean & Sober Media LLC ✓
                                    Richard Taite ✓
                                    Cliffside Malibu ✓

5. Regarding Passages' claim that The Fix falsely advertised by representing that The Fix was an independent website and was not biased, the jury finds in favor of:

    Check one:           Plaintiff ✓    Defendant ___

If your verdict is for Plaintiff, please proceed to Question 6. If your verdict is for Defendant, please proceed to Question 7.

6. The jury finds the following defendant(s) liable :

    Check all that apply:    Clean & Sober Media LLC ✓
                                    Richard Taite ✓
                                  Cliffside Malibu ✓

7. Regarding Cliffside's claim that Passages falsely advertised that Passages' treatment constitutes a "cure" for addiction and that Passages' treatment has successfully "cured" former clients of addiction, the jury finds in favor of:

    Check one:      Plaintiff \_\_\_      Defendant ✓

If your verdict is for Plaintiff, please proceed to Question 8. If your verdict is for Defendant, you have completed this verdict form.

8. The jury finds the following defendant(s) liable :

    Check all that apply:      Grasshopper House, LLC \_\_\_
                                      Passages Silver Strand, LLC \_\_\_
                                      Chris Prentiss \_\_\_
                                      Pax Prentiss \_\_\_

When you have finished answering all applicable questions, please sign and date the verdict form, and notify the Court that the jury has finished deliberating.

DATED: February 21, 2019

                                                               REDACTED AS TO FOREPERSON'S SIGNATURE
                                                                       Jury Foreperson