UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JUL 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company, | No.    18-56111 |
| Plaintiff-Appellee, | D.C. No. 2:18-cv-00923-SVW-RAO Central District of California, Los Angeles |
| v. | |
| CLEAN AND SOBER MEDIA, LLC, a California limited liability company; et al., | ORDER |
| Defendants-Appellants. | |

Before:  Peter L. Shaw, Appellate Commissioner.

Appellants' motion (Docket Entry No. 12) for an extension of time to file the opening brief is granted.  The opening brief is due October 1, 2019.  The answering brief is due October 31, 2019.  The optional reply brief is due within 21 days after service of the answering brief.

Any further motion for an extension of time to file the opening brief is disfavored.

SM/Pro Mo 7/15/2019